IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A., *et al.* | NO.: 10-CV-7856 |
| Plaintiffs, | JUDGE: KENNELLY |
| vs. | MAGISTRATE JUDGE: COX |
| BOSTON PLUMBING, INC., *et al.* | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR JUDGMENT IN SUM CERTAIN**

Now come Plaintiffs, the BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and move this Court for entry of Judgment in Sum Certain against the Defendant BOSTON PLUMBING, INC. ("BOSTON") and in support the Plaintiffs state as follows:

1. On August 28, 2012, this Honorable Court entered Summary Judgment in favor of the Plaintiffs and against the Defendant BOSTON (Docket Entry No. 82).

2. In the Corrected Memorandum Opinion and Order, this Honorable Court held that BOSTON is signatory to the Working Contractor Agreement. In so doing, this Honorable Court entered judgment in the amount of $86,459.50, which included $59,440 in unpaid premiums, $7,276 in liquidated damages and $19,743.50 in interest. Corrected Memorandum Opinion and Order p. 14 (Docket Entry No. 82).

3. In addition, this Honorable Court held that BOSTON is signatory to the Collective Bargaining Agreement and therefore is liable for all unpaid contributions, union dues, liquidated damages, interest and attorney's fees. Corrected Memorandum Opinion and Order p. 9 (Docket Entry No. 82).

1

4. In the Corrected Memorandum Opinion and Order, the Court entered summary judgment as to liability only and deferred entry of the judgment regarding the amount due. Corrected Memorandum Opinion and Order p. 9 (Docket Entry No. 82).

5. The Defendant BOSTON currently owes $8,198.11 in contributions and union dues as revealed by a payroll compliance audit conducted in 2011 ("2011 Audit") for the period of January 1, 2008 through November 30, 2010. Affidavit of Scott Spangle, **Ex. 1**. (The audit was previously attached to the Motion to Summary Judgment as Exhibit 10 and previously addressed by the Court on page 5 of the Corrected Memorandum Opinion and Order).

6. As a result of the unpaid contributions and union dues revealed by the 2011 Audit, BOSTON owes $710.41 in liquidated damages and $115.58 in interest. Affidavit of Scott Spangle, **Ex. 1**. (The audit was previously attached to the Motion to Summary Judgment as Exhibit 10 and previously addressed by the Court on page 5 of the Corrected Memorandum Opinion and Order).

7. Moreover, the Defendant BOSTON currently owes $15,461.39 in contributions and union dues as revealed by a second payroll compliance audit conducted in 2012 ("2012 Audit") for the period of December 1, 2010 through June 30, 2012. Affidavit of Scott Spangle, **Ex. 1**.

8. As a result of the unpaid contributions and union dues revealed by the 2012 Audit, BOSTON owes $1,546.14 in liquidated damages and $2,235.41 in interest charges. Affidavit of Scott Spangle, **Ex. 1**.

9. Furthermore, the Defendant BOSTON reported that it owed contributions during the period of April 1, 2012 through August 31, 2012 in the amount of $46,658.97, all of

which remains unpaid and is due and owing by BOSTON. Affidavit of Scott Spangle, **Ex. 1**.

10. As result of the contributions that were paid in an untimely manner or remain unpaid during the period of December 1, 2010 through August 1, 2012, the Defendant BOSTON owes $15,787.35 in liquidated damages and $5,406.10 in interest. Affidavit of Scott Spangle, **Ex. 1.**

11. Finally, the Defendant BOSTON owes $40,600.54 in attorney's fees and costs. Affidavit of Jeffrey Krol; **Ex. 2**.

WHEREFORE, Plaintiffs pray that this Court enter Judgment in Sum Certain in favor of Plaintiffs and against the Defendant BOSTON as follows:

1. Judgment in the amount of $86,459.50 in favor of the Plaintiffs and against the Defendant BOSTON for all contributions, liquidated damages and interest owed pursuant to the Working Contractor Agreement;

2. Judgment in the amount of $9,024.10 in favor of the Plaintiffs and against the Defendant BOSTON for all contributions, union dues, liquidated damages and interest owed during the period of January 1, 2008 through November 30, 2010 as revealed by the payroll compliance audit conducted in 2011;

3. Judgment in the amount of $19,242.94 in favor of the Plaintiffs and against the Defendant BOSTON for all contributions, union dues, liquidated damages and interest owed during the period of January 1, 2008 through November 30, 2010, as revealed by the payroll compliance audit conducted in 2012;

4. Judgment in the amount of $46,658.97 in favor of the Plaintiffs and against the

Defendant BOSTON for all contributions and union dues reported by BOSTON but yet remain unpaid during the period of April 1, 2012 through August 31, 2012;

5. Judgment in the amount of $21,193.45 in favor of the Plaintiffs and against the Defendant BOSTON for all liquidated damages and interest it owes as a result of its failure to timely pay or pay contributions and union dues during the period of December 1, 2010 through August 31, 2012;

6. Judgment in the amount of $40,600.54 in favor of the Plaintiffs and against the Defendant BOSTON pursuant to the Collective Bargaining Agreement, Trust Agreements and Section 502(g)(2)(D) of ERISA for all reasonable attorney's fees and costs expended by the Plaintiffs in bringing this action; and

7. That Plaintiffs have such other relief and further relief as the Court may deem just and equitable all at Defendants' cost, pursuant to 29 U.S.C. §1132(g)(2)(E).

Respectfully Submitted,

**TRUSTEES OF THE PLUMBERS
LOCAL 93 U.A. TRUST FUNDS**

By: /s/ Jeffrey A. Krol – 6300262
One of Plaintiffs' Attorneys

Jeffery A. Krol
**JOHNSON & KROL, LLC**
300 S. Wacker Drive, Suite 1313
Chicago, Illinois 60606
(312) 372-8587

4